UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:15-CR-17-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER TO SEAL |
| ERRON DELL WALKER, ) | |
| ) | |
| Defendant. ) | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 16 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the __22__ day of __May__, 2015.

_____
JAMES C. DEVER III
Chief U.S. District Judge