UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00017-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERRON DELL WALKER | ) | |

Upon motion of the United States, it is hereby ORDERED Docket
Entry Number 20 be sealed until such time as requested to be unsealed
by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of
the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the **15** day of _____July_____, 2015.

_____
JAMES C. DEVER III
Chief United States District Judge