UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:15-CR-17-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| ERRON DELL WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 33 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the 17 day of November, 2015.

_____
JAMES C. DEVER III
Chief United States District Judge